FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jerryal J. Culler, Sr., Plaintiff,

vs.

Board of Prison Hearings Defendant.

CV 08 1524 WHA (PR)

CASE NO. 08 1524

**PRISONER'S APPLICATION TO PROCEED** **IN FORMA PAUPERIS**

I, Jerryal J. Culler Sr, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________ Net: ______________

Employer: ______________

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Local 3 Operator's Engineers

$48,500

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_______________

_______________

3. Are you married? — Yes ___ No X

Spouse's Full Name: _______________

Spouse's Place of Employment: _______________

Spouse's Monthly Salary, Wages or Income:

Gross $_______________ Net $_______________

4. a. List amount you contribute to your spouse's support:$ _______________

b. List the persons other than your spouse who are dependent upon you for support

[illegible] list only their initials and age. DO NOT INCLUDE [illegible]

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No X

Make ____________ Year ____________ Model ____________

Is it financed? Yes ____ No X If so, Total due: $____________

Monthly Payment: $____________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ____________

Present balance(s): $____________

Do you own any cash? Yes ____ No X Amount: $____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

8. What are your monthly expenses?

Rent: $____________ Utilities: ____________

Food: $____________ Clothing: ____________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-9-08
DATE

[signature]
SIGNATURE OF APPLICANT

Case Number: ______________

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

CULLER H31082 for the last six months at
[prisoner name]

CORRECTIONAL TRAINING FACILITY where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ Ø .

Dated: 3-14-08

Brenda Jatian, Acct Technician
Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE


THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Jatian
TRUST OFFICE
Acct Technician

REPORT ID: TS3030 .701 REPORT DATE: 01/08/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : H31082 BED/CELL NUMBER: CFBWT1000000111L
ACCOUNT NAME : CULLER, JERRYAL JEROME ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 01/11/2007 | H110 | COPIES HOLD | 2023 MCOPY | 6.40 |
| 06/13/2007 | H118 | LEGAL COPIES HOLD | 3832 LCOPY | 2.49 |
| 11/14/2007 | H107 | POSTAGE HOLD | 1570 POST | 1.14 |
| 12/19/2007 | H114 | COPAY FEE, MED. | 1935 87112 | 5.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 15.03 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 15.03- |

REPORT ID: TS3030 .701 REPORT DATE: 03/14/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 13, 2007 THRU MAR. 14, 2008

ACCOUNT NUMBER : H31082 BED/CELL NUMBER: CFBWT1000000111L
ACCOUNT NAME : CULLER, JERRYAL JEROME ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 01/11/2007 | H110 | COPIES HOLD | 2023 MCOPY | 6.40 |
| 06/13/2007 | H118 | LEGAL COPIES HOLD | 3832 LCOPY | 2.49 |
| 11/14/2007 | H107 | POSTAGE HOLD | 1570 POST | 1.14 |
| 03/08/2008 | H102 | EYEGLASSES HOLD | 2920 OPTIC | 10.50 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 20.53 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 20.53- |

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Hatio
TRUST OFFICE
Acct Technician

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Jerryal J. Culler, Sr., declare:

I am over 18 years of age and a party to this action. I am a resident of Soledad State Prison,

in the county of Montery County,

State of California. My prison address is: P.O. Box 689 #BW-111,

On 3-9-08
(DATE)

I served the attached: writ of Habeas Corpus
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Califor Dept. of Justic
Attorney Gen. Office
455 Golden Gate Ave. Ste 11000
S. F. CA 91102

United States Dist. Court
For Northern Dist of Cal.
450 Golden Gate Ave.
S. F. CA 91102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3-9-08
(DATE)

[signature]
(DECLARANT'S SIGNATURE)

Jerryal D. Culler, Sr. #H31082
Soledad State Prison (C.T.F)
P.O. Box 689 #BW-111
Soledad, CA 93960

UNITED STATES POSTAGE
PITNEY BOWES
$ 04.60⁰
MAR 17 2008
MAILED FROM ZIP CODE 93960

RECEIVED
MAR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Dist. court
For The Northern Dist of Californ
450 Golden Gate Ave.
San Francisco, CA 94102

LEGAL MAIL

LEGAL MAIL